**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:      David Rodriguez v. James Stafford

Appellate case number:    01-15-00602-CV

Trial court case number:   2013-64247

Trial court:               295th District Court of Harris County

On December 1, 2015, because the trial court sustained the contest to the affidavit of indigence filed by the appellant, David Rodriguez, and no timely motion for review was filed in this Court, this Court ordered appellant to pay the filing fee within 30 days of that Order. On January 13, 2016, the Clerk of this Court filed a note in the docket indicating that appellant had hand delivered the filing fee that day. Because appellant is proceeding *pro se*, this Court deems the filing fee to be timely filed.

However, although the indigent clerk's record was filed in this Court on August 14, 2015, and a supplemental clerk's record on indigence was filed in this Court on October 20, 2015, those records do not contain the full clerk's records with all the pleadings and any other required documents. *See* TEX. R. APP. P. 34.5(a)(1). Because the reporter filed an information sheet in this Court on August 4, 2015, stating that there was no reporter's record, the Clerk of this Court cannot set the briefing schedule until after the full clerk's record has been filed in this Court. *See id.* 38.6(a)(1).

Although appellant has paid for the filing fee, no clerk's record has been filed and appellant has not established indigence. Accordingly, it is **ORDERED** that appellant contact the district clerk to request the clerk's record and pay, or make arrangements to pay, for the clerk's record fee, and file evidence with the Clerk of this Court of such payment arrangements **within 30 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

               ☒ Acting individually    ☐ Acting for the Court

Date: February 4 ,2016